UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOMMY J. BRANTON, ETY AL | § § | |
| VS. | § § | CASE NUMBER: CA-C-98585 |
| CITGO REFINING & CHEMICALS, INC. | § § § | |

**MOTION TO WITHDRAW MOTION TO QUASH DEPOSITION,
MOTION FOR PROTECTIVE ORDER, AND MOTION FOR HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Steve T. Hastings, and files this Motion to Withdraw Motion to Quash Deposition, Motion for Protective Order, and Motion for Hearing, and in support of same would respectfully show unto the Court the following:

I.

The deposition of Marco Kaltofen, an expert witness who had not been retained by any party, was previously noticed. On his behalf a Motion to Quash Deposition, a Motion for Protective Order, and Motion for Hearing were filed under docket entry 53. The matter is now moot and his counsel requests that all of said motions be withdrawn.

II.

Steve T. Hastings has contacted the office of Debra Bradley, Seth Cortigene and Ralph Meyer, but as of the time of filing this motion has not had a reply as to whether they are opposed or unopposed.

WHEREFORE, premises considered, Movant prays that this his Motion to Withdraw the Motion to Quash Deposition, Motion for Protective Order and Motion for Hearing be granted.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOMMY J. BRANTON, ETY AL | § § | |
| VS. | § § | CASE NUMBER: CA-C-98585 |
| CITGO REFINING & CHEMICALS, INC. | § § § | |

## ORDER

This cause having come on for hearing Motion to Withdraw Motion to Quash Deposition, Motion for Protective Order and Motion for Hearing filed under docket entry 53, said motions having been filed by Steve T. Hastings, attorney for expert Marco Kaltofen, and the court having considered the motion is of the opinion said motion should be in all things granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that Steve T. Hastings' Motion to Withdraw Motion to Quash Deposition, Motion for Protective Order and Motion for Hearing is hereby granted.

Signed this _____ day of _____, 2000.

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOMMY J. BRANTON, ETY AL | § | |
| | § | |
| VS. | § | CASE NUMBER: CA-C-98585 |
| | § | |
| CITGO REFINING & CHEMICALS, | § | |
| INC. | § | |

ORDER

This cause having come on for hearing Motion to Withdraw Motion to Quash Deposition, Motion for Protective Order and Motion for Hearing filed under docket entry 53, said motions having been filed by Steve T. Hastings, attorney for expert Marco Kaltofen, and the court having considered the motion is of the opinion said motion should be in all things granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that Steve T. Hastings' Motion to Withdraw Motion to Quash Deposition, Motion for Protective Order and Motion for Hearing is hereby granted.

Signed this _____ day of _____, 2000.

_____
United States District Judge